# CASE ANNOUNCEMENTS

*December 22, 2010*

[Cite as *12/22/2010 Case Announcements*, 2010-Ohio-6303.]


## MOTION AND PROCEDURAL RULINGS

2010–1785.   HSBC Bank USA, N.A. v. Thompson.
Montgomery App. No. 23761, 2010-Ohio-4158. This cause is pending before the court as a discretionary appeal. Upon consideration of the motion for admission pro hac vice of Brian P. Brooks by Benjamin D. Carnahan,
   It is ordered by the court that the motion is granted.

## RECONSIDERATION OF PRIOR DECISIONS

2010–1490.   State ex rel. Barksdale v. Sutula.
In Procedendo. Reported at 127 Ohio St.3d 1440, 2010-Ohio-5762, 937 N.E.2d 1032. On motion for reconsideration. Motion denied.

## MISCELLANEOUS DISMISSALS

2010–2017.   Beachwood v. Hill.
Cuyahoga App. No. 93577, 2010-Ohio-3313. This cause is pending before the court as a discretionary appeal and claimed appeal of right. Upon consideration of appellant's application for dismissal,
   It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

## MISCELLANEOUS ORDERS

2008–0412.   Cincinnati Bar Assn. v. Moeves.
This matter came on for further consideration upon the filing of a motion for an order to appear and show cause filed by relator, Cincinnati Bar Association, on October 19, 2010, requesting the court to issue an order directing respondent to appear and show cause why he should not be found in contempt for his failure to abide by the court's September 16, 2008 order. The court ordered respondent to respond to relator's motion. Respondent did not file a response. Accordingly,
   It is ordered by the court, sua sponte, that respondent appear in person before this court on January 18, 2011, at 9:00 a.m.


# CASE ANNOUNCEMENTS

*December 23, 2010*

[Cite as *12/23/2010 Case Announcements*, 2010-Ohio-6313.]